<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
</table>

United States Bankruptcy Court  for the:

_____ District of <u>Delaware</u>
(State)

Case number (*if known*): _____ Chapter _____

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| **Part 1:** | **Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed** |
| --- | --- |

1. **Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

| **Part 2:** | **Identify the Debtor** |
| --- | --- |

2. **Debtor's name**

Tough Mudder Event Production Incorporated

3. **Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

<u>4</u> <u>7</u> – <u>2</u> <u>4</u> <u>0</u> <u>6</u> <u>8</u> <u>4</u> <u>5</u>
EIN

5. **Debtor's address**

**Principal place of business**

15 MetroTech Center
Number    Street

Brooklyn            NY    11201
City            State    ZIP Code

Kings County
County

**Mailing address, if different**

Number    Street

P.O. Box

City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City            State    ZIP Code

Debtor  <u>Tough Mudder Event Production Incorporated</u>        Case number (if known) _____
        Name

6. **Debtor's website (URL)**    <u>www.toughmudder.com</u>

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☐ No
   - ☒ Yes. Debtor <u>Tough Mudder Incorporated</u>      Relationship <u>Affiliate</u>

        District <u>Delaware</u>     Date filed <u>01/07/2020</u>   Case number, if known _____
                                                MM / DD / YYYY

        Debtor _____   Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                                MM / DD / YYYY

---

**Part 3:**    **Report About the Case**

10. **Venue**

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205               Involuntary Petition Against a Non-Individual               page 2

| Debtor | Tough Mudder Event Production Incorporated | Case number (if known) |
|---|---|---|
| | Name | |

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Valley Builders, LLC | Services rendered | $ 307,189.53 |
| | Trademarc Associates Inc. | Services rendered | $ 292,454.93 |
| | David Watkins Homes Inc. | Services rendered | $ 256,014.75 |
| | | Total of petitioners' claims | $ 854,558.40 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:     Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| Valley Builders, LLC | David W. Carickhoff |
| Name | Printed name |
| 775 Furnace Street | Archer & Greiner, P.C. |
| Number   Street | Firm name, if any |
| Emmaus          PA       18049 | 300 Delaware Avenue, Suite 1100 |
| City          State      ZIP Code | Number   Street |
| | Wilmington          DE       19801 |
| **Name and mailing address of petitioner's representative, if any** | City          State      ZIP Code |
| | Contact phone  (302) 777-4350   Email dcarickhoff@archerlaw.com |
| Name | |
| | Bar number    3715 |
| Number   Street | |
| | State    Delaware |
| City          State      ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01 / 07 / 2020
              MM / DD / YYYY

**✗** _[signature]_
Signature of petitioner or representative, including representative's title

**✗** _[signature]_
Signature of attorney

Date signed 01 / 07 / 2020
              MM / DD / YYYY

Debtor    <u>Tough Mudder Event Production Incorporated</u>          Case number (if known) _____
                Name

---

**Name and mailing address of petitioner**

<u>Trademarc Associates Inc.</u>
Name

<u>880 Cara Court</u>
Number    Street

<u>Bangor</u>            <u>PA</u>        <u>18013</u>
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

*MARC POLICELLI*
Name

*880 CARA CT*
Number    Street

*BANGOR*          *PA*      *18013*
City                  State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>01/06/2020</u>
            MM / DD / YYYY

✖ *Marc Policelli*
   Signature of petitioner or representative, including representative's title

---

<u>David W. Carickhoff</u>
Printed name

<u>Archer & Greiner, P.C.</u>
Firm name, if any

<u>300 Delaware Avenue, Suite 1100</u>
Number    Street

<u>Wilmington</u>          <u>DE</u>        <u>19801</u>
City                  State        ZIP Code

Contact phone  <u>(302) 777-4350</u>    Email <u>dcarickhoff@archerlaw.com</u>

Bar number     <u>3715</u>

State          Delaware

✖ *[signature]*
Signature of attorney

Date signed <u>01/07/2020</u>
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

<u>David Watkins Homes Inc.</u>
Name

<u>659 Wexford Drive</u>
Number    Street

<u>Lafayette</u>          <u>IN</u>        <u>47905</u>
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                  State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✖ _____
   Signature of petitioner or representative, including representative's title

---

<u>David W. Carickhoff</u>
Printed name

<u>Archer & Greiner, P.C.</u>
Firm name, if any

<u>300 Delaware Avenue, Suite 1100</u>
Number    Street

<u>Wilmington</u>          <u>DE</u>        <u>19801</u>
City                  State        ZIP Code

Contact phone  <u>(302) 777-4350</u>    Email <u>dcarickhoff@archerlaw.com</u>

Bar number     <u>3715</u>

State          <u>Delaware</u>

✖ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Debtor    <u>Tough Mudder Event Production Incorporated</u>           Case number (if known)_____
          Name

---

**Name and mailing address of petitioner**

<u>Trademarc Associates Inc.</u>
Name

<u>880 Cara Court</u>
Number    Street

<u>Bangor</u>              <u>PA</u>         <u>18013</u>
City                      State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

**✗**_____

Signature of petitioner or representative, including representative's title

---

<u>David W. Carickhoff</u>
Printed name

<u>Archer & Greiner, P.C.</u>
Firm name, if any

<u>300 Delaware Avenue, Suite 1100</u>
Number    Street

<u>Wilmington</u>            <u>DE</u>        <u>19801</u>
City                        State        ZIP Code

Contact phone  <u>(302) 777-4350</u>   Email <u>dcarickhoff@archerlaw.com</u>

Bar number    <u>3715</u>

State         <u>Delaware</u>

**✗**_____

Signature of attorney

Date signed  _____
             MM  / DD / YYYY

---

**Name and mailing address of petitioner**

<u>David Watkins Homes Inc.</u>
Name

<u>659 Wexford Drive</u>
Number    Street

<u>Lafayette</u>            <u>IN</u>        <u>47905</u>
City                      State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>01/04/2020</u>
             MM  / DD / YYYY

**✗**_____

Signature of petitioner or representative, including representative's title

---

<u>David W. Carickhoff</u>
Printed name

<u>Archer & Greiner, P.C.</u>
Firm name, if any

<u>300 Delaware Avenue, Suite 1100</u>
Number    Street

<u>Wilmington</u>            <u>DE</u>        <u>19801</u>
City                        State        ZIP Code

Contact phone  <u>(302) 777-4350</u>   Email <u>dcarickhoff@archerlaw.com</u>

Bar number    <u>3715</u>

State         <u>Delaware</u>

**✗**_____

Signature of attorney

Date signed  <u>01/07/2020</u>
             MM  / DD / YYYY

---

**Corporate Ownership Statements**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-----------------------------------------------------------x

In re:                                                    Chapter 11

TOUGH MUDDER INCORPORATED and                             Case No. –
TOUGH MUDDER EVENT PRODUCTION                             Case No. –
INCORPORATED,

        Alleged Debtors.

-----------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Valley Builders LLC ("**Valley Builders**"), petitioning creditor in the above-captioned cases, pursuant to Fed. R. Bank. P. 7007.1, states that there is no corporation that, directly or indirectly, owns 10% or more of any classes of the equity interest in Valley Builders.

Dated: Emmaus, Pennsylvania
       January 7, 2020

                                  William Wall
                                  *President of Valley Builders LLC*

217825949v1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:                                          Chapter 11

TOUGH MUDDER INCORPORATED and                   Case No. –
TOUGH MUDDER EVENT PRODUCTION                   Case No. –
INCORPORATED,

      Alleged Debtors.

-------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

    Trademarc Associates Inc. ("**Trademarc**"), petitioning creditor in the above-captioned cases, pursuant to Fed. R. Bank. P. 7007.1, states that there is no corporation that, directly or indirectly, owns 10% or more of any classes of the equity interest in Trademarc.

Dated: Bangor, Pennsylvania
      January 6, 2020

                               Marc Policelli
                               *President of Trademarc Associates Inc.*

217826269v1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-----------------------------------------------------------x

In re:                                          Chapter 11

TOUGH MUDDER INCORPORATED and                   Case No. –
TOUGH MUDDER EVENT PRODUCTION                   Case No. –
INCORPORATED,

          Alleged Debtors.

-----------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

David Watkins Homes Inc. ("**David Watkins Homes**"), petitioning creditor in the above-captioned cases, pursuant to Fed. R. Bank. P. 7007.1, states that there is no corporation that, directly or indirectly, owns 10% or more of any classes of the equity interest in David Watkins Homes.

Dated: Lafayette, Indiana
          January 06 2020                    •

                                             _____
                                             David Watkins
                                             *President of David Watkins Homes Inc.*

217826293v1